WALTER MICKLE v. STATE.

No. A-323.  Opinion Filed May 16, 1911.

Appeal from District Court, Haskell County; A. T. West, Judge.

Walter Mickle was convicted of grand larceny and appeals.  Order that the proceedings abate.

Guy L. Andrews, for plaintiff in error.
Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.  Plaintiff in error was convicted in the district court of Haskell county of the crime of grand larceny and sentenced to imprisonment in the state penitentiary for three years.  Judgment and sentence was pronounced and entered on the 4th day of January, 1910.  From which judgment an appeal was taken by filing in this court on July 5th, 1910, a petition in error with case-made. Since the appeal was taken, before the final submission of the cause, to wit, April 29, 1911, plaintiff in error departed this life.  His death having been suggested, the proceedings abate.  It is therefore considered that the proceedings in this action do abate, and it is so ordered.

---

J. W. WILLIS v. STATE.

No. A-338.  Opinion Filed May 16, 1911.

Appeal from Stephens County Court. W. H. Admire, Judge.

J. W. Willis was convicted of conveying intoxicating liquors from one place in this state to another place therein, and appeals.  Reversed and remanded.

E. E. Morris, for plaintiff in error.
F. S. Caldwell, for defendant in error.

PER CURIAM.  The undisputed facts in this case show that the plaintiff in error was conveying a portion of an interstate shipment of intoxicating liquors from Waurika, in Jefferson county, Oklahoma, along the public highway to Comanche, in Stephens county, Oklahoma.  There is no contention that the liquor was intended for any purpose other than for the personal use of the plaintiff in error.

The facts disclosed by this record do not constitute a public offense.  The judgment of the court below is reversed, and the cause remanded.